IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Auto-Owners Insurance Company, | ) | |
| | ) | CIVIL ACTION NO.: 3:20-CV-04015-SAL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER VACATING OPINION** |
| | ) | **AND ORDER (AT ECF #43) AND** |
| Michael Andrew Bank, | ) | **DIMSISING THE CASE WITH** |
| | ) | **PREJUDICE** |
| Defendant. | ) | |

The parties have advised the Court that they have reached a settlement of all claims in the above case. Auto-Owners Insurance Company ("Auto-Owners") has requested that the Court's Order dated August 29, 2022, ECF No. 43, be withdrawn. Counsel for Defendant Bank neither objects nor consents to the withdrawal of the Order.

Therefore, the Court's August 29, 2022 Order, ECF No. 43, is hereby vacated.

Auto-Owners' Motion to Alter or Amend, ECF No. 47, the Court's August 29, 2022 Order is denied as moot.

As the parties having represented that the case is settled in full, this matter is hereby dismissed with prejudice.

  S/Sherri A. Lydon
Hon. Sherri Lydon
United States District Judge

Dated: November 9, 2022
Columbia, South Carolina